# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:25-cv-00851-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

On October 22, 2025, the Court directed Plaintiff to file a status report regarding service on Defendant and whether the scheduling conference should be continued for an appropriate time. (ECF No. 5.) Plaintiff timely complied and requested that the Court continue the conference by approximately sixty days. (ECF No. 6.) For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to January 22, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge