# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA DIAZ,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:25-cv-00851-KES-SAB<br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br>(ECF No. 13)<br>**SEPTEMBER 29, 2026 DEADLINE** |

On July 16, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than September 29, 2026. (ECF No. 13.)

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than **September 29, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **July 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge